

FILED

07/07/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0311

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0311

SCOTT R. MORGAN,

Petitioner,

v.

THE HONORABLE RIENNE H. McELYEA,
EIGHTEENTH JUDICIAL DISTRICT COURT,

Respondent.

**FILED**

JUL 0 6 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appearing on his own behalf, Appellant Scott Morgan filed the opening brief on appeal on July 3, 2021. Though this Court attempts to give some leeway to self-representing litigants, there are certain requirements of the Montana Rules of Appellate Procedure that are essential to its ability to consider an appeal. After reviewing the Appellant's opening brief, this Court has determined that the brief does not comply with the Rules and must be resubmitted. Accordingly,

IT IS HEREBY ORDERED that Appellant's opening brief be returned for revisions necessary to comply with the Montana Rules of Appellate Procedure. In particular, Appellant's brief must comply with the following:

1. M. R. App. P. Rule 11(6)(b)(iv) requires the first page and cover of an original proceeding brief to include the names of the parties, including the designations of the parties. Because this Court has deemed Appellant's direct appeal, Cause No. DA 21-0285, an original proceeding, now OP 21-0311, the case name (parties and designations) on Appellant's opening brief should match the case name on this Order.

2. M. R. App. P. 12(1)(d) requires that the brief contain a statement of facts relevant to the issues presented for review, with specific references to the pages or the parts of the record at which material facts appear. Appellant's opening brief contains no citations to materials in the record. The brief must include references to particular parts of the record on appeal, pursuant to Rule 12(9) (i.e., Transcript, p. 231; Judgment, p. 3; or Order Denying Hearing, p. 2).

3. M. R. App. P. 12(1)(g) requires that the brief contain citations to the authorities, statutes, and pages of the record relied on in the argument. Appellant's opening brief lacks citations to authority and the record throughout the argument section.

4. M. R. App. P. 13 requires the Appellant to serve a brief on the opposing party. As this action is an original proceeding, the Honorable Rienne H. McElyea, Eighteenth Judicial District Court and District Court Standing Master Magdalena Bowen must be served in addition to Amy Morgan's counsel.

Therefore,

IT IS ORDERED that the signed original and nine copies of the referenced brief be returned for revisions necessary to comply with the specified Rules;

IT IS FURTHER ORDERED that a signed original and nine copies of the revised brief ordered herein be filed within ten (10) days of the date of this Order with the Clerk of this Court and that one copy of the revised brief be served on each counsel of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed;

IT IS FURTHER ORDERED that the postage costs for returning the referenced copies of Appellant's brief will be billed to Appellant by the Clerk of this Court and shall be due and payable upon receipt; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk of this Court is directed to mail a true copy of this Order to Appellant and to mail a true copy of this Order to all counsel upon whom the brief was served.

DATED this 6th day of July, 2021.

For the Court,

By _____
Justice